**SPENCER FANE LLP**
Eric D. Gere (No. 023226)
2415 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Phone: (602) 333-5430
Facsimile: (602) 333-5431
egere@spencerfane.com

**SPENCER FANE LLP**
John V. Picone III (Pro Hac Vice to be filed)
Gene Cherng (Pro Hac Vice to be filed)
225 West Santa Clara St., Suite 1500
San Jose, CA 95113
Phone: (408) 286-5100
Facsimile: (408) 286-5722
jpicone@spencerfane.com
gcherng@spencerfane.com

*Attorneys for Defendant Salt River Project Agricultural Improvement and Power District*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Midwest Energy Emissions Corp., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Electric Power Co., an Arizona corporation; San Carlos Resources Inc., an Arizona corporation; Salt River Project Agricultural Improvement and Power District, an Arizona agricultural improvement district; Tri-State Generation and Transmission Association Inc., a Colorado cooperative association; Springerville Unit 3 Holding LLC, a Delaware limited liability company; and Springerville Unit 3 Partnership LP a Delaware limited partnership,<br><br>    Defendants. | No. 3:24-cv-08145-DJH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Salt River Project Agricultural Improvement and Power District ("SRP") hereby submits this stipulation with Plaintiff Midwest Energy Emissions Corp. to extend SRP's time to file responsive pleadings by approximately 60 days to on or before September 23, 2024.

SRP requested this extension to allow sufficient time to evaluate the claims and to coordinate with other defendants who had waived service and Midwest Energy Emissions Corp. agreed to the requested extension.

PH 3501245.1

DATED this 5th day of August, 2024.

        SPENCER FANE LLP

        *s/ Eric D. Gere*
        Eric D. Gere
        John V. Picone III
        Gene Cherng
        *Attorneys for Defendant Salt River Project Agricultural Improvement and Power District*

        KERCSMAR & O'HARA PLLC

        *s/ Geoffrey S. Kercsmar (with permission)*
        Geoffrey S. Kercsmar
        Sean J. O'Hara
        Carson A. Howard

        CALDWELL CASSADY CURRY PC
        Bradley W. Caldwell
        Justin T. Nemunaitis
        Richard A. Cochrane

        *Attorneys for Plaintiff Midwest Energy Emissions Corp.*

PH 3501245.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and a copy was also electronically served to the following CM/ECF registrants:

| | |
|---|---|
| Geoffrey S. Kercsmar<br>Sean J. O'Hara<br>Carson A. Howard<br>Kercsmar & O'Hara PLLC<br>8800 East Raintree Drive, Suite 310<br>Scottsdale, Arizona 85260<br>gsk@KandOlaw.com<br>sjo@KandOlaw.com<br>cah@KandOlaw.com<br>*Attorneys for Plaintiff* | Bradley W. Caldwell<br>Justin T. Nemunaitis<br>Richard A. Cochrane<br>Caldwell Cassady Curry PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, Texas  75201<br>bcaldwell@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>rcochrane@caldwellcc.com<br>*Attorneys for Plaintiff* |

By: *s/ Cris Gentis*

PH 3501245.1

# Attachment

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Midwest Energy Emissions Corp., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Tucson Electric Power Co., an Arizona corporation; San Carlos Resources Inc., an Arizona corporation; Salt River Project Agricultural Improvement and Power District, an Arizona agricultural improvement district; Tri-State Generation and Transmission Association Inc., a Colorado cooperative association; Springerville Unit 3 Holding LLC, a Delaware limited liability company; and Springerville Unit 3 Partnership LP a Delaware limited partnership,<br><br>　　　　　　　Defendants. | No. 3:24-cv-08145-DJH<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Pursuant to the parties' Stipulation for Extension of Time for Defendant Salt River Project Agricultural Improvement and Power District ("SRP") to File Responsive Pleading, and for good cause shown,

**IT IS ORDERED** that SRP's deadline for filing responsive pleadings is extended to no later than September 23, 2024.

Dated this ___ day of August, 2024.